**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RALPHAEL HERNANDEZ, | ) | NO. EDCV 10-01117 DOC (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 29, 2010

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE