FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| RALPHAEL HERNANDEZ, | No. 10-56616 |
| --- | --- |
| Petitioner - Appellant, | D.C. No. 5:10-cv-01117-DOC-SS Central District of California, Riverside |
| v. | |
| MCEWEN, Warden, | ORDER |
| Respondent - Appellee. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion for an extension of time to file a motion to proceed in forma pauperis and a motion for appointment of counsel is granted. The motion to proceed in forma pauperis and the motion for appointment of counsel have been filed.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel in this appeal from the denial of a 28 U.S.C. § 2254 petition for writ of habeas corpus is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

ec/MOATT

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The district court shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The opening brief and excerpts of record are due October 25, 2012; the answering brief is due November 26, 2012; and the optional reply brief is due within 14 days after service of the answering brief.