JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPHAEL HERNANDEZ,<br><br>    Petitioner,<br><br> v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. ED CV 10-1117 DOC (SS)<br><br>**JUDGMENT** |

 Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 26, 2016

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE